## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILANA KOPMAR, DIANE T. CLARKE, And ISAAC ALTMAN,<br><br>      Plaintiffs,<br><br>  v.<br><br>ASSOCIATION OF LEGAL AID ATTORNEYS, AMALGAMATED LOCAL UNION 2325 OF THE INTERNATIONAL UNION, UNITED AUTOMOBILE AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW0, AFL-CIO and DANIELLE WELCH, GERALD KOCH, EVA STEVENSON, CANDACE GRAFF, LISA OHTA, BRET J. TAYLOR, EMILY C. EATON, MARTYNA KAZNOWSKI, JEREMY BUNYANER, IOANA CALIN, GILLIAN R. KRESS, PUJA PAUL, JACQUELINE AGUILAR, BABATUNDE AREMU, CASE BOHANNON, MICHAEL GIBBONS, ALEXANDER HU, KELSEY LAING, MARTHA MENENDEZ, HALLIE MITNIK, SEAN T. PARMENTER, IAN SPIRIDIGLIOZZI, DOROTHY SUMMERS, TANNER WEILAND, TORI ROSEMAN, ANDREW SPENCE, COLLEEN FOLEY, and JULIA JENKINS,<br><br>      Defendants. | No. 1:24-cv-05158 (JPO) |

### JOINT STIPULATION AND [PROPOSED] ORDER
### EXTENDING TIME TO RESPOND TO COMPLAINT

WHEREAS, Plaintiffs Ilana Kopmar, Diane T. Clarke, and Isaac Altman filed a complaint in the above-captioned action on July 8, 2024 (the "Complaint");

WHEREAS, Plaintiffs effectuated service of the summons and Complaint upon Defendant Association of Legal Aid Attorneys, UAW Local 2325 and individual Defendants Danielle Welch, Gerald Koch, Eva Stevenson, Candace Graff, Lisa Ohta, Brett J. Taylor, Emily C. Eaton, Martyna Kaznowski, Jeremy Bunyaner, Ioana Calin, Gillian R. Kress, Puja Paul, Jacqueline Aguilar, Babatunde Aremu, Case Bohannon, Michael Gibbons, Alexander

Hu, Kelsey Laing, Martha Menendez, Hallie Mitnik, Sean T. Parmenter, Ian Spiridigliozzi,

Dorothy Summers, Tanner Weiland, Tori Roseman, Colleen Foley, and Julia Jenkins

(collectively, "Represented Defendants").

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and

between each of the parties through their undersigned counsel as follows:

1. The time for the Represented Defendants to move or answer the operative
   Complaint is hereby extended to and including  September 27, 2024.

2. The Represented Defendants hereby waive any and all jurisdictional defenses
   based on lack of subject matter jurisdiction and lack of personal jurisdiction
   including but not limited to insufficient process or insufficient service of
   process.  Subject to the foregoing waivers by the Represented Defendants, the
   Represented Defendants expressly reserve all other rights, defenses, or other
   objections, including but not limited to failure to state a cause of action, and
   lack of subject matter jurisdiction.

Dated: New York, New York
       August 6, 2024

LIEB AT LAW

By:   */s/ Cheryl Berger*
     Andrew M. Lieb
     Cheryl L. Berger
     Kimberly A. Morgan
     308 W. Main Street, Suite 100
     Smithtown, NY 11787
     (646) 216-8009
     cheryl@liebatlaw.com
     andrew@liebatlaw.com
     Kimberly.Johnson@liebatlaw.com

THE LOUIS D. BRANDIES CENTER
FOR HUMAN RIGHTS UNDER LAW

By:  */s/ Rory Lancman*
     Rory Lancman
     1717 Pennsylvania Avenue, NW
     Washington, D.C. 20006
     (917) 363-9004
     rlancman@brandiescenter.com

*Counsel for Plaintiffs Ilana Kopmar, Diane T. Clarke, and Isaac Altman*

LEVY RATNER, P.C.

By:   */s/ Allyson L. Belovin*
     Allyson L. Belovin
     Aleksandar L. Felstiner
     Jessica I. Apter
     80 Eighth Avenue, Floor 8
     New York, NY 10011
     Telephone: (212) 627-8100
     afelstiner@levyratner.com
     abelovin@levyratner.com
     japter@levyratner.com

*Counsel for Association of Legal Aid Attorneys UAW Local 2325*

    SO ORDERED:

    _____

    Hon. J. Paul Oetken
    United States District Court Judge