UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ILANA KOPMAR, DIANE T. CLARKE, and ISAAC ALTMAN,

                                          Plaintiffs,

            -against-

ASSOCIATION OF LEGAL AID ATTORNEYS, AMALGAMATED LOCAL UNION 2325 OF THE INTERNATIONAL UNION, UNITED AUTOMOBILE AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW), AFL-CIO and DANIELLE WELCH, GERALD KOCH, EVA STEVENSON, CANDACE GRAFF, LISA OHTA, BRET J. TAYLOR, EMILY C. EATON, MARTYNA KAZNOWSKI, JEREMY BUNYANER, IOANA CALIN, GILLIAN R. KRESS, PUJA PAUL, JACQUELINE AGUILAR, BABATUNDE AREMU, CASE BOHANNON, MICHAEL GIBBONS, ALEXANDER HU, KELSEY LAING, MARTHA MENENDEZ, HALLIE MITNIK, SEAN T. PARMENTER, IAN SPIRIDIGLIOZZI, DOROTHY SUMMERS, TANNER WEILAND, TORI ROSEMAN, ANDREW SPENCE, COLLEEN FOLEY, and JULIA JENKINS,

                                          Defendants.
------------------------------------------------------------------X

**NOTICE OF MOTION**

Civil Action No. 1:24-cv-05158-JPO

      PLEASE TAKE NOTICE that upon the annexed affirmation of Jessica I. Apter sworn to on October 28, 2024, the exhibits annexed thereto, Memorandum of Law, and upon all the prior pleadings and proceedings had herein, the Defendants will move this Court located at 500 Pearl Street, New York, New York 10007 at a date and time to be determined by the Court to be heard for an Order dismissing the Second Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and for such other relief as the Court deems just and proper.

Dated: October 28, 2024
       New York, New York

LEVY RATNER, P.C.

By:    Allyson L. Belovin
Attorneys for Defendants
80 Eighth Avenue, 8th Floor
New York, New York 10011
(212) 627-8100
(212) 627-8182 (fax)
abelovin@levyratner.com
